UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Michael Krak v. City of Chicago, Chicago Police Officers Kimberly Zalinsky, Star 5192 and John Doe | Case  Judge Kennelly  08 C 4302 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago and Kimberly Zalinski

| | |
|---|---|
| SIGNATURE | /s/ Mary S. McDonald |
| FIRM | City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 No. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06199995 | TELEPHONE NUMBER  312.744.8307 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |